UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONNA PEDRONE,<br>            Plaintiff,<br><br>v.<br><br>CITIBANK (South Dakota), N.A.,<br>            Defendant. | Case No. |

## NOTICE OF REMOVAL

**TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:**

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. Sections 1331, 1441(b), and 1446, Defendant Citibank (South Dakota), N.A. ("Citibank"), hereby removes the action entitled *Donna Pedrone v. Citibank (South Dakota), N.A.,* Newburyport District Court, Civil Action No. 0922CV184 (the "Action"), to the United States District Court for the District of Massachusetts on the following grounds:

1.  On or about March 20, 2009, Citibank received service of the Complaint and Statement of Damages in the Action via process server. True and correct copies of all documents served on Citibank, including the Complaint and Statement of Damages, are attached hereto as Exhibit A.

2.  Citibank has timely filed this Notice of Removal within 30 days of receiving service of the Summons and Complaint. See 28 U.S.C. § 1446(b).

3.  The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. Section 1331, and is one which may be removed to this Court by Citibank pursuant to the

provisions of 28 U.S.C. Section 1441(b) in that Plaintiff Donna Pedrone ("Plaintiff") alleges violations of the Fair Credit Billing Act, 15 U.S.C. §1601 *et seq*. and the Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq*., claims that are created by, and arise under, federal law. To the extent any other claims in the Action may arise under state law, supplemental jurisdiction over such claims exists pursuant to 28 U.S.C. Sections 1367 and 1441(c).

4. This Court is the proper district court for removal because the Newburyport District Court is located within the jurisdiction of the United States District Court for the District of Massachusetts.

5. Citibank is simultaneously filing a copy of this Notice of Removal of Action with the State Court in the Action. Citibank will serve Plaintiff with copies of this Notice of Removal and the Notice filed in the Action.

6. Pursuant to Rule 81.1 of the Local Rules of the United States District Court for the District of Massachusetts, Defendant will, within thirty (30) days after filing this Notice of Removal, file certified or attested copies of all records and proceedings in the State Court and a certified or attested copy of all docket entries in the State Court.

7. By virtue of this Notice of Removal of Action and the Notice filed in the Action, Citibank does not waive its rights to assert any personal jurisdictional defense or other motions including Rule 12 motions and/or motions to compel arbitration permitted by the Federal Rules of Civil Procedure.

                                Respectfully submitted,
                                CITIBANK (South Dakota), N.A.,
                                By its attorneys,

                                /s/ Meredith Swisher
                                Jason A. Manekas, Esquire
                                 BBO No. 632073
                                Meredith Swisher, Esquire
                                 BBO No. 646866
                                Bernkopf Goodman LLP
                                125 Summer Street, Suite 1300
                                Boston, Massachusetts 02110
                                Telephone:    (617) 790-3000
                                Facsimile:     (617) 790-3300

Dated:  April 9, 2009

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONNA PEDRONE,<br>      Plaintiff,<br><br>v.<br><br>CITIBANK (South Dakota), N.A.,<br>      Defendant. | Case No. |

**CERTIFICATE OF SERVICE**

I, Meredith A. Swisher, hereby certify that a copy of the Notice of Removal was served via First Class Mail to Donna Pedrone on April 9, 2009.

Signed under the pains and penalties of perjury this 9th day of April, 2009.

> Respectfully submitted,
> CITIBANK (South Dakota), N.A.,
> By its attorneys,
>
>  /s/ Meredith Swisher
> Jason A. Manekas, Esquire
>   BBO No. 632073
> Meredith Swisher, Esquire
>   BBO No. 646866
> Bernkopf Goodman LLP
> 125 Summer Street, Suite 1300
> Boston, Massachusetts 02110
> Telephone:    (617) 790-3000
> Facsimile:     (617) 790-3300

471839 v1/37635/48