THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONNA PEDRONE,<br>　　　　　Plaintiff,<br><br>v.<br><br>CITIBANK (South Dakota), N.A.,<br>　　　　　Defendant. | Case No. 1:09-CV-10550-JGD |

## STIPULATION OF DISMISAL

Plaintiff Donna Pedrone and Defendant Citibank (South Dakota), N.A., pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that all claims and counterclaims raised or that could have been raised in the above-referenced action are dismissed with prejudice, with each party bearing its own legal fees and costs. All rights of appeal are hereby waived.

Donna Pedrone
*Pro Se*

/s/ Donna Pedrone
Donna Pedrone
8 CCC Road
Salisbury, MA 01952
978-499-2249
dmpedrone@aol.com

Citibank (South Dakota), N.A.,
By its attorneys,

/s/ Meredith Swisher
Jason A. Manekas, Esquire
　BBO No. 632073
Meredith Swisher, Esquire
　BBO No. 646866
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, Massachusetts 02110
Telephone:　(617) 790-3000
Facsimile:　(617) 790-3300
jmanekas@bg-llp.com
mswisher@bg-llp.com

Dated: August 5, 2009

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONNA PEDRONE,<br>          Plaintiff,<br><br>v.<br><br>CITIBANK (South Dakota), N.A.,<br>          Defendant. | Case No. 1:09-CV-10550-MLW |

## CERTIFICATE OF SERVICE

I, Meredith Swisher, hereby certify that a copy of Stipulation of Dismissal was served electronically to the registered participants as identified on the Notice of Electronic Filing and via First Class Mail to Donna Pedrone on August 11, 2009.

Respectfully submitted,
CITIBANK (South Dakota), N.A.,
By its attorneys,

/s/ Meredith Swisher
Jason A. Manekas, Esquire
 BBO No. 632073
Meredith Swisher, Esquire
 BBO No. 646866
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, Massachusetts 02110
Telephone:    (617) 790-3000
Facsimile:    (617) 790-3300
jmanekas@bg-llp.com
mswisher@bg-llp.com

479307 v1/37635/48